# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

RODRIGO DE LEON NUVAL,

Debtor.

Case No. 07-13524-RGM
(Chapter 7)

## MEMORANDUM OPINION

THIS CASE is scheduled for hearing before the court on March 11, 2008, at 10:00 a.m., on the reaffirmation agreement filed on February 7, 2008, with Toyota Motor Credit Corporation (Docket Entry 11). The debtor has been represented by counsel throughout the course of this bankruptcy case. Section 524(c)(3) of the Bankruptcy Code requires that debtor's counsel make certain certifications before a reaffirmation agreement is effective. Counsel failed to execute Part C of the reaffirmation agreement, which implements the certifications required by §524(c)(3). Accordingly, the agreement is not enforceable. Court review of the agreement is not required unless counsel first makes all three certifications as required in §524(c)(3).

This matter will be removed from the March 11, 2008, docket.

DONE at Alexandria, Virginia, this 3rd day of March, 2008.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:
Thomas Mansfield Dunlap

Copy mailed to:
Melissa Wakatani/Asset Protection Analyst
Toyota Motor Credit Corporation
19001 S. Western Avenue, WF 21
Torrance, California 90509

14044